UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JOSE FIGUEROA,

Plaintiff,                                            No. 1:18-cv-10045-DAB

-against-:

CHRISTOFLE SILVER, INC.,

Defendant.
------------------------------------- x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice. Each party shall bear its own legal fees and costs.

Dated:

COHEN & MIZRAHI LLP

By: *[signature]*

Joseph Mizrahi
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
929.575.4175

ALI LAW GROUP P.C.

By: *[signature]*

Andrea Moss
11 Prospect Street, 1A
Huntington, New York 10020
212.242.6152

SO ORDERED:

*[signature: Deborah A. Batts]*
United States District Court Judge    5/30/19

7